*Tiffany & Bosco, P.A.*
THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
(602) 255-6000

Leonard J. McDonald, Jr.
State Bar No. 014228
Attorneys for Countrywide Home Loans
08-67465

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA - TUCSON

| | |
|---|---|
| In re:<br><br>EUGENE A. BERTRAND and MARJORIE BERTRAND,<br><br>Debtors. | Chapter 13<br><br>Adversary No. 4:08-ap-00949-TUC-JMM<br><br>Case No. 4-08-BK-16713-TUC-JMM |
| EUGENE A. BERTRAND and MARJORIE BERTRAND,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., JP MORGAN CHASE BANK NA; and CHASE HOME FINANCE, LLC,<br><br>Defendants. | **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR CONTINUANCE** |

Defendant Countrywide Home Loans, Inc. ("Countrywide"), has no opposition to Plaintiff's Request for a Continuance. Defendant takes exception to the self-serving comments contained in the Motion by Plaintiff, and will state for the record that any discovery issues, pleading amendment issues, etc., will be handled in a different context, and not within the confines of a Motion to

1

Continue. That being said, Respondent has no opposition to the requested continuance.

RESPECTFULLY SUBMITTED this 4th day of September, 2009.

TIFFANY & BOSCO, P.A.

By: /s/ Leonard J. McDonald, Jr. (sbn 014228)
Leonard J. McDonald, Jr.
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Attorneys for Defendant Countrywide Home Loans

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of September, 2009, I electronically transmitted the attached ***DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR CONTINUANCE*** to the Clerk's Office using the CM/ECF system for filing and a copy of said pleading was served by United States mail, on the following:

Ronald Ryan
Ronald Ryan PC
1413 E. Hedrick Drive
Tucson, AZ 85719
*Attorney for Debtors*

JP Morgan Chase Bank NA
Through its Arizona Statutory Agent
CT Corporation Systems
2394 E. Camelback Rd.
Phoenix, AZ 85016

Chase Home Finance LLC
*Through its Arizona Statutory Agent*
*CT Corporation Systems*
*2394 E. Camelback Rd.*
*Phoenix, AZ 85016*

/s/ Paula D. Hillock
G:\WP\LJM\Countrywide\Bertrand\Response to Motion for Continuance.doc